**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACOBY ORR**                                                                                          **PLAINTIFF**
**#2859772**

**v.**                                          **Case No: 4:25-cv-00726-LPR**

**DOES, et al.**                                                                                      **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 15).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. 14) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  Plaintiff's Motion to Amend (Doc. 21) and Motion for Leave to Proceed *in forma pauperis* (Doc. 22) are DENIED as moot. The Clerk is instructed to close this case.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] The Court has considered all documents Plaintiff filed after the RD was entered.  *See* Docs. 16, 18–22.  More specifically, to the extent any allegations in these documents can be construed as objections to the RD, the Court has considered them as such.  They do not alter the Court's conclusion.  Further, even were the Court to incorporate the allegations of these later-filed documents into the Complaint that Judge Volpe reviewed, the Court would still agree that dismissal was warranted for the reasons set out in the RD.  Although a minimal amount of meat may have been added to the bone with these later documents, the allegations still fall far short of making out a viable (i.e., plausible) claim.  This is especially (but not exclusively) so because the latest amendment attempt makes clear that the Plaintiff is asserting official capacity claims only.  *See* Doc. 21 at 2 (clearly marking "official capacity only" box); *accord* Doc. 18 at 1; Doc. 14 at 2. *But see* Doc. 16-1 at 1.

IT IS SO ORDERED this 21st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE